In the Matter of the Judicial Settlement of the Accounts of EDWARD P. LYNCH, as Executor, and HELEN G. LYNCH, as Executrix of the Deceased Executor, in the Estate of ANNIE L. HOLLENBECK, Deceased. SHELLA A. BOOTH, Residuary Legatee of ANNIE L. HOLLENBECK, etc., Contestant-Respondent, Appellant; HELEN G. LYNCH and the Estate of EDWARD P. LYNCH, Petitioners, Respondents; JOHN J. LIVINGSTON, an Attorney, Petitioner, Respondent.— Appeal from a decree of the Surrogate's Court of St. Lawrence county bearing date the 20th day of July, 1938. The appellant complains about the executor's failure to sell certain stock and about certain fees which were allowed in the settlement of the estate. A careful examination of all the evidence indicates and supports the decision and decree of the surrogate, which is affirmed. Decree unanimously

affirmed, with one bill of costs to respondents Helen G. Lynch and Estate of Edward P. Lynch, payable out of the estate. Present — Hill, P. J., McNamee, Crapser, Bliss and Heffernan, JJ.